RECEIVED

NOV 1 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RANDOLPH MATTHIEU** | **CIVIL ACTION NO. 6:10CV826** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN LSP** | **MAGISTRATE JUDGE HILL** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Lafayette_, Louisiana, this _17_ Day of _November_ 2010.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE